**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

ERNESTO PEREZ,

      Petitioner,

v.                                                          Case No. 3:22cv2055-MCR-HTC

M V JOSEPH WARDEN,

      Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 4, 2022 (ECF No. 9), which recommends this case be dismissed *sua sponte* for Petitioner's failure to exhaust his administrative remedies. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (ECF Doc. 9) is adopted and incorporated by reference in this order.

(2)     The petition under 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE for Petitioner's failure to exhaust his administrative remedies.

(3)     The Clerk is directed to close the file.

**DONE AND ORDERED** this 15th day of June, 2022.


_M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**